954

Bernard J. MALONE, as trustee in Bankruptcy of Little Falls Dairy Company, Inc., Plaintiff-Appellant,

v.

David GIMPEL, Defendant-Appellee.

No. 202, Docket 24322.

United States Court of Appeals Second Circuit.

Argued March 6, 1957.

Decided March 28, 1957.

James A. McTiernan, Little Falls, N. Y., for plaintiff-appellant.

Bartle Gorman, Utica, N. Y. (J. Walter Augar, Utica, N. Y., on the Brief), for defendant-appellee.

Before MEDINA and WATERMAN, Circuit Judges, and GALSTON, District Judge.

PER CURIAM.

Affirmed on the opinion of Judge Brennan, D.C., 151 F.Supp. 549.

Bernard J. MALONE, as Trustee in Bankruptcy of Little Falls Dairy Company, Inc., Plaintiff-Appellant,

v.

Moe BOLSTEIN and David Gimpel, Defendants-Appellees.

No. 203, Docket 24323.

United States Court of Appeals Second Circuit.

Argued March 6, 1957.

Decided March 28, 1957.

James A. McTiernan, Little Falls, N. Y., for plaintiff-appellant.

Bartle Gorman, Utica, N. Y. (J. Walter Augar, Utica, N. Y., on the brief), for defendant-appellee.

Before MEDINA and WATERMAN, Circuit Judges, and GALSTON, District Judge.

PER CURIAM.

Affirmed on the opinion of Judge Brennan, D.C., 151 F.Supp. 544.

MODELLA MANUFACTURING COMPANY, Inc., Plaintiff-Appellant,

v.

FAMOUS BATHROBE CO., Inc., Defendant-Appellee.

No. 279, Docket 24358.

United States Court of Appeals Second Circuit.

Argued March 15, 1957.

Decided May 3, 1957.

Nemeroff, Jelline, Danzig & Paley, New York City (Pern E. Henninger, New York City, of counsel), for plaintiff-appellant.

William R. Liberman, New York City, for defendant-appellee.